

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

March 10, 1969

Honorable John Allen
Chairman, Conservation and
   Reclamation Committee,
House of Representatives
State Capitol Building
Austin, Texas 78711

Opinion No. M-352

Re: Senate Bill No. 232,
Changing appointment
of Board of Directors
of the Galveston County
Water Authority; con-
stitutionality under
Section 59(d) of Article
XVI, Texas Constitution.

Dear Mr. Allen:

You have requested an opinion concerning the applica-
tion of the requirement of Section 59(d) of Article XVI, of
the Constitution of Texas, to Senate Bill No. 232, 61st
Legislature.

Senate Bill No. 232 proposes to amend the Act which
created the Galveston County Water Authority. Article 8280-
339, V.C.S. Under that Act, vacancies on the Board of Direc-
tors are filled by appointment of the Commissioners Court of
Galveston County. Senate Bill No. 232 would require after
May 1, 1969, that three of the seven directors shall be resi-
dents of the City of Galveston and shall be appointed by the
Commissioners Court upon the recommendation of the Galveston
City Council. Section 5 of the present Act does not contain
that requirement.

Section 59(d) of Article XVI of the Constitution of
Texas provides that notice of the intention to introduce
any bill which alters the qualifications or terms of the
office of the members of the governing body of the district,
together with a copy of the bill, shall have been published
at least thirty days and not more than ninety days prior to
the introduction thereof in a newspaper or newspapers having
general circulation in the county or counties in which said
district or any part thereof is located, and by delivering
a copy of such notice and such bill to the Governor, who
shall submit such notice and bill to the Texas Water Rights
Commission, which shall in turn file its recommendations as
to such bill with the Governor, Lieutenant Governor and

-1744-

Speaker of the House of Representatives within thrity days from the date notice was received by the Commission.

You indicate in your request that "The Texas Water Rights Commission has raised the question that this Bill alters the qualifications of the directors, thus bringing the Bill within the purview of Section 59(d) of Article XVI."

You state that such constitutional notice requirements have not been met. It is the opinion of this office that Senate Bill No. 232 if enacted into law would be contrary to Section 59(d) of Article XVI of the Constitution of Texas. Attorney General Opinion M-59 (1967).

## SUMMARY

Senate Bill No. 232, relating to the appointment of the Board of Directors of the Galveston County Water Authority, if enacted, would be in violation of Section 59(d) of Article XVI of the Texas Constitution, as the notices provided for in Section 59(d) of Article XVI were not given.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Vince Taylor

APPROVED:

OPINION COMMITTEE

Kerns Taylor, Chairman
George Kelton, Vice-Chairman
John R. Grace
Fisher A. Tyler
Roland Allen
Houghton Brownlee

W. V. Geppert
Staff Legal Assistant